**Opinion issued October 13, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00643-CV

————————————

## IN RE STUART GOSCH AND BRENDA GOSCH, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Stuart Gosch and Brenda Gosch, have filed a petition for a writ of mandamus challenging the trial court's August 24, 2020 order denying their motion to compel real party in interest, O'Malley Construction, Inc., "to produce documents, namely bank statements for accounts utilized for the receipt and expenditure of funds related to the construction of [relators'] home, which are

relevant and essential to the prosecution of [relators'] claims for alter ego and misapplication of trust funds."[1]

We deny the petition. All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.

---

[1] The underlying case is *Stuart Gosch and Brenda Gosch v. O'Malley Construction, Inc., Robert O'Malley and Patricia O'Malley, Individually*, Cause No. 17-04-24250, pending in the 506th District Court of Waller County, Texas, the Honorable Albert M. McCaig, Jr. presiding.